IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01822-BNB

FELIX PAUL OLGUIN, SENIOR,

    Applicant,

v.

SUSAN JONES, CSP Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 8 2010

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Applicant, Felix Paul Olguin, Senior, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City. He submitted to the Court *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On September 7, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Olguin to file within thirty days an amended § 2254 application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

On September 14, 2010, instead of complying with the September 7 order, Mr. Olguin filed a motion that the Court construed liberally as an objection to the September 7 order. On September 20, 2010, the Court overruled the objection and allowed Mr. Olguin thirty days in which to submit an amended application that complied with Fed. R. Civ. P. 8 as directed in the September 7 order. He was warned that failure to do so within the time allowed would result in the dismissal of the instant action.

On October 19, 2010, instead of submitting an amended application, Mr. Olguin filed with this Court a document titled "Notice of Appeal." In the "Notice of Appeal," he again objects to the September 7 order, as well as to a July 30, 2010, order, which does not exist in this case, and to the August 16, 2010, minute order, in which Magistrate Judge Boland directed him to include a civil action number on any document he files with the Court, unless he is initiating a new action and no civil action number is available, and directed that the seven documents he submitted to the Court on August 12, 2010, only one of which bore the civil action number for this case, be filed in this case.

The Court must construe Mr. Olguin's filings liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. The October 19 motion will be construed liberally as an objection pursuant to 28 U.S.C. § 636(b)(a)(A). For the reasons stated below, the objection will be overruled and the action dismissed.

Despite how he characterizes the October 19 "Notice of Appeal," Mr. Olguin is not appealing to the United States Court of Appeals for the Tenth Circuit. Rather, he again is challenging pretrial orders entered by Magistrate Judge Boyd N. Boland. Therefore, the October 19 "Notice of Appeal" will be construed liberally as an objection filed pursuant to § 636(b)(1)(A). Pursuant to § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate the August 16 minute order and again concludes

2

that the September 7 order are neither clearly erroneous nor contrary to law. Therefore, Mr. Olguin's liberally construed objection will be overruled.

In addition, Mr. Olguin has failed, within the time allowed, to comply with the September 7 order by filing an amended complaint that complies with Fed. R. Civ. P. 8. Accordingly, it is

ORDERED that the document titled "Notice of Appeal" that Applicant, Felix Paul Olguin, Senior, submitted to and filed with the Court *pro se* on October 19, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A), and the objection is overruled. It is

FURTHER ORDERED that the habeas corpus application is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Applicant's failure to comply with the order for an amended complaint dated September 7, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that the motion titled "Motion to Correct Mistakes Under and Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Combined With My

Declaration Under Penalty of Perjury" that Applicant filed with the Court on August 17, 2010, is denied as moot.

DATED at Denver, Colorado, this 27TH day of October, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01822-BNB

Felix Paul Olguin
Prisoner No. 76704
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk